WALTER GAUGER, Appellant, *v.* G. L. F. WATERLOO FARM PRODUCTS COOPERATIVE, INC., Respondent.

Argued February 29, 1952; decided March 14, 1952.

*M. Maurice Chacchia* for appellant.

*Albert E. Bond* and *James M. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.